# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2021

Bridget M. McCormack,
Chief Justice

162121(13)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* CERTIFIED QUESTIONS FROM THE
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION

_____

AFT MICHIGAN,
        Plaintiff,
v

SC: 162121
USDC-ED: 4:17-cv-13292

PROJECT VERITAS, et al.,
        Defendants,
and

MICHIGAN ATTORNEY GENERAL,
        Intervening Defendant.

_____/

      On order of the Chief Justice, the joint motion and stipulation of the parties to revise the briefing schedule is GRANTED. The responsive briefs in support of the defendants' position are due on February 3, 2021, and the reply briefs in support of the plaintiff's position are due on February 24, 2021.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2021



Clerk